NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ABRAHAM MIRANDA-REYES,          )
                                )
          Appellant,            )
                                )
v.                              )          Case No.  2D17-3698
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____)

Opinion filed May 22, 2019.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Brett McIntosh and Kevin M. Griffith
of Brett D. McIntosh, P.A., for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bilal Ahmed Faruqui,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


MORRIS, BADALAMENTI, and ATKINSON, JJ., Concur.